IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOHN D. LYNCH, II,              )
                                )
            Plaintiff,          )
                                )
v.                              )        Civil Action No. 3:21-cv-472–HEH
                                )
LEARNED BARRY, et al.,          )
                                )
            Defendants.         )

## MEMORANDUM OPINION
(Dismissing Case)

On October 27, 2021, the Court dismissed Plaintiff's Second Amended Complaint but granted him leave to amend within thirty days. (ECF No. 13.) The Court warned Plaintiff that this was his "last attempt to amplify the factual and legal bases upon which his claim rests." (*Id.*) More than thirty days have passed, and Plaintiff has not filed an amended complaint. The Court further believes that any further attempt by Plaintiff to amend his complaint would be futile. Consequently, Plaintiff's Complaint will be dismissed with prejudice. The Court certifies that an appeal *in forma pauperis* would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3), and therefore, Plaintiff's *in forma pauperis* status will be revoked for the purpose of appeal.

An appropriate Order will accompany this Memorandum Opinion.

                                                                /s/
                                         Henry E. Hudson
                                         Senior United States District Judge

Date: Jan. 6, 2022
Richmond, Virginia